# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| LEDCOMM LLC,<br><br>         Plaintiff,<br><br>v.<br><br>THE HOME DEPOT, INC., HOME DEPOT U.S.A. INC.,<br><br>         Defendants. | Civil Action No. 6:20-cv-00946<br><br>JURY TRIAL DEMANDED |

### UNOPPOSED MOTION FOR PRODUCTION OF CONFIDENTIAL AGREEMENTS

Defendants The Home Depot, Inc., and Home Depot U.S.A. Inc. ("collectively, "Home Depot") file this Unopposed Motion for Production of Confidential Agreements and respectfully show the following:

On January 22, 2021, by stipulation Home Depot propounded its First Set of Document Requests on plaintiff LedComm LLC ("LedComm") which seek, *inter alia*, production of all settlement agreements and license agreements concerning the Patents-in-Suit.  To facilitate this production, Home Depot hereby agrees to treat any documents received pursuant to this document request as "Confidential – Outside Attorneys' Eyes Only" in accordance with the Court's Interim Protective Order within the Order Governing Proceedings - Patent Case until such time as a Protective Order is entered in this case.  Home Depot conferred with counsel for LedComm who stated that LedComm does not oppose this request.

WHEREFORE, Home Depot respectfully requests that the Court grant this Motion and enter an order that LedComm produce all settlement agreements and license agreements concerning the Patents-in-Suit.

Dated:  February 12, 2021	Respectfully submitted,

        */s/ Aaron G. Fountain*
        Aaron G. Fountain
        Texas Bar No. 24050619
        DLA PIPER LLP (US)
        401 Congress Avenue, Suite 2500
        Austin, TX  78701-3799
        Tel: 512.457.7125
        Fax: 512.457.7001
        aaron.fountain@dlapiper.com

        Nicholas G. Papastavros *(Pro Hac Vice)*
        DLA PIPER LLP (US)
        33 Arch Street, 26th Floor
        Boston, MA  02110-1447
        Tel: 617.406.6000
        Fax: 617.406.6100
        nick.papastavros@dlapiper.com

        Michael Burns *(Pro Hac Vice)*
        DLA PIPER LLP (US)
        One Liberty Place
        1650 Market Street, Suite 5000
        Philadelphia, PA 19103-7300
        Tel:  215.656.3300
        Fax:  215.656.3301

        ATTORNEYS FOR DEFENDANTS
        THE HOME DEPOT, INC. and
        HOME DEPOT U.S.A. INC.

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 12th day of February 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.  Any other counsel of record will be served by first class U.S. mail.

        */s/ Aaron Fountain*
        Aaron Fountain